Daniel L. Abrams (DA 7258)
Law Office of Daniel L. Abrams. PLLC
Attorney for Plaintiffs
2 Penn Plaza. Suite 1910
New York, New York 10121
(212)292-5663


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                                         :
MALIK M. HASAN and SEEME G. HASAN,                                       :
                                                                         :
                    Plaintiffs,                                          :
                                                                         :
        v.                                                               :  08 Civ. 3189 (GBD)
                                                                         :
AMERICAN ARBITRATION ASSOCIATION,                                        :
INC.,                                                                    :
                                                                         :
                    Defendant.                                           :
                                                                         :

DANIEL L. ABRAMS, hereby declares under penalty of perjury as follows:

1.   I am an attorney in good standing with the bar of the State of New York and this Court. I am also counsel for Malik Hasan and Seeme Hasan in the above-captioned case.

2.   On April 28, 2008 I caused a true and correct copy of the Plaintiffs' Memorandum of Law in Support of Motion for Preliminary Injunctive Relief and Request For Expedited Consideration Thereto, Notice of Motion, Declaration of Glenn Merrick, exhibits thereto, proposed Order, and the Expert Report of Seth Lipner, plus the exhibit thereto, upon the Defendant American Arbitration Association by sending the aforesaid via Federal Express Standard Overnight Delivery to the following address:
            American Arbitration Association
            1633 Broadway, 10th Floor
            New York, NY 10019

Dated:  New York, New York
        April 28, 2008


                                                                Daniel Abrams