
609019

| INDEX NO: 03189/08 |
|---|
| FILE DATE: |
| ATTY: DANIEL ABRAMS |
| 2 PENN PLAZA, SUITE 1910 |
| NEW YORK, NY 10121 |

**U.S. DISTRICT COURT, SOUTHERN DIST. NEW YORK**

STATE OF NEW YORK: COUNTY OF NEW YORK

EPS No: 585957
Attorney File No:
Batch No: 0

**MALIK M. HASAN & SEEME G. HASAN**  Plaintiff(s)

- against -

**AMERICAN ARBITRATION ASSOCIATION, INC.,**  Defendant(s)

---

**STATE OF NEW YORK, COUNTY OF QUEENS: SS:**

CHARLES F. MON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 4/21/2008 at 2:00PM at 1633 BROADWAY, NEW YORK, NY 10019, 10TH FLOOR deponent served the within SUMMONS & VERIFIED COMPLAINT IN A CIVIL ACTION on AMERICAN ARBITRATION ASSOCIATION, INC.. At time of service the index number and date of filing were on the SUMMONS & VERIFIED COMPLAINT IN A CIVIL ACTION

**CORPORATION**
By delivering to and leaving with AMERICAN ARBITRATION ASSOCIATION, INC. and that the deponent knew the person so served to be the GENERAL AGENT, MARGARETSKERRITT, AUTHORIZED TO ACCEPT ON BEHALF of the corporation.

**A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:**

Approximate age: 48           Approximate weight: 170         Approximate height: 5'6"
Color of skin: BLACK          Color of hair: BLACK            Sex: F

Sworn to before me on 4/22/2008

| LUIS A. CRESPO | KEVIN T. MACTIERNAN | ARTAK RAEVSKY | LORRE A. DUNNE |
|---|---|---|---|
| Commissioner of Deeds | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK |
| City of New York No. 4-4920 | No. 01MA6108532 | No. 01RA6123189 | No. 01DU8016358 |
| Certificate Filed in Queens County | Qualified in Nassau County | Qualified in Queens County | Qualified in Queens County |
| Commission Expires Aug 1, 2009 | Commission Expires 4/19/2008 | Commission Expires 2/25/2009 | Commission Expires 11/16/2010 |

**ELITE PROCESS SERVERS * 88-08 Little Neck Parkway, Floral Park, NY 11001**