Theodore L. Hecht (TH-5497)
Schnader Harrison Segal & Lewis LLP
140 Broadway, Suite 3100
New York, New York 10005-1101
Phone No.: (212) 973-8000
Fax No.:    (212) 972-8798
E-mail: thecht@schnader.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MALIK M. HASAN and SEEME G. HASAN,

            Plaintiffs,

  - against -

AMERICAN ARBITRATION ASSOCIATION, INC.,

            Defendant.
------------------------------------------------------------X

**RULE 7.1 STATEMENT OF DEFENDANT AMERICAN ARBITRATION ASSOCIATION**

08-CV-03189 (GBD)

ECF CASE

      Defendant American Arbitration Association, by and through its undersigned attorneys and for its disclosure statement pursuant to Federal Rule of Civil Procedure 7.1, states that it is a not-for-profit corporation and that there are no publicly held corporations that own ten percent or more of the American Arbitration Association.

Executed on April 30, 2008

           SCHNADER HARRISON SEGAL & LEWIS LLP

           BY: _____
                 THEODORE L. HECHT (TH-5497)

PHDATA 3086286_1