UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

MALIK M. HASAN and SEEME G. HASAN

                Plaintiff,

            08 CIVIL 3189 (GBD)

      -against-

AMERICAN ARBITRATION ASSOCIATION, INC.,

                Defendant.
-------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Theodore L. Hecht__

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __TH-5497__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: __Schnader Harrison Segal & Lewis LLP__

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐ *Address:* __140 Broadway, 31st Floor, New York, NY 10005__

☐ *Telephone Number:* __(212) 973-8000__

☐ *Fax Number:* __(212) 972-8798__

☐ *E-Mail Address:* __thecht@schnader.com__

Dated: __4-30-08__

                      Theodore L. Hecht (TH-5497)