UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MALIK M. HASAN and SEEME G. HASAN,

                Plaintiffs,

  -against-

AMERICAN ARBITRATION ASSOCIATION,
INC.,

                Defendant.
------------------------------------------------------------------x

ORDER

08 Civ. 03189 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 16 2008

GEORGE B. DANIELS, District Judge:

    Defendant's application to defer plaintiffs' motion for preliminary injunction until after the Court's determination of defendant's concurrent motion to dismiss is denied.

Dated: New York, New York
       May 16, 2008

                              SO ORDERED:

                              *George B Daniels*
                              GEORGE B. DANIELS
                              United States District Judge