UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- X
MALIK M. HASAN and SEEME G. HASAN,

                Plaintiffs,

    -against-

AMERICAN ARBITRATION ASSOCIATION, INC.,

                Defendant.
------------------------------------------------------------------------------- X

<u>NOTICE OF MOTION</u>

08 Civ. 3189 (GBD)

PLEASE TAKE NOTICE, that upon the annexed declaration of Stephen T. Kaiser and the exhibit attached thereto, and upon the accompanying Memorandum of Law dated May 22, 2008, Amici Goldman Sachs 1998 Exchange Place Fund, L.P.; Goldman Sachs 1999 Exchange Place Fund, L.P.; Goldman Sachs Management Partners, L.P.; Goldman Sachs Management, Inc.; Goldman, Sachs & Co.; and The Goldman Sachs Group, Inc. will move this Court, at such time as the Court shall direct, for leave to file a memorandum of law amicus curiae (included within the accompanying memorandum of law).

Dated: New York, New York
       May 22, 2008

Respectfully submitted,

s/ Max Gitter
Max Gitter
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
212-225-2000
MGitter@cgsh.com

Of Counsel:

Bruce Featherstone
FEATHERSTONE PETRIE DESISTO LLP
600 17th Street, Suite 2400
Denver, CO 80202-5424
303 626-7100

Attorneys for Goldman Sachs 1998 Exchange Place Fund, L.P.; Goldman Sachs 1999 Exchange Place Fund, L.P.; Goldman Sachs Management Partners, L.P.; Goldman Sachs Management, Inc.; Goldman, Sachs & Co.; and The Goldman Sachs Group, Inc.

TO:

Daniel L. Abrams (DA-7258)
LAW OFFICE OF DANIEL L. ABRAMS, PLLC
2 Penn Plaza, Suite 1910
New York, New York 10121

Glenn W. Merrick
Marc L. Schatten
G.W. MERRICK & ASSOCIATES, LLC
Suite 912, 5445 DTC Parkway
Greenwood Village, Colorado 80111

Attorneys for Plaintiffs

Theodore L. Hecht (TH-5497)
SCHNADER HARRISON SEGAL & LEWIS LLP
140 Broadway, Suite 3100
New York, New York 10005-1101

Attorneys for Defendant