UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------- X
                                                                      :
MALIK M. HASAN and SEEME G. HASAN,                                    :
                                                                      :
                                    Plaintiffs,                       :        08 Civ. 3189 (GBD)
                                                                      :
              - against -                                             :
                                                                      :
AMERICAN ARBITRATION ASSOCIATION, INC.,                              :
                                                                      :        CERTIFICATE OF
                                    Defendant.                        :        SERVICE
                                                                      :
--------------------------------------------------------------------- X

        I, Andrew M. Scott, an attorney admitted to practice in the State of New York and

the Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby

certify that:

        1.  On the 22nd day of May 2008, the Declaration of Stephen T. Kaiser in Support

of Motion for Leave to File Amicus Brief, dated May 22, 2008 and including Exhibit A; the

Notice of Motion, dated May 22, 2008; and the Memorandum of Law in Support of Motion for

Leave to File Amicus Brief, and Amicus Brief of, Goldman Sachs 1998 Exchange Place Fund,

L.P., et al, dated May 22, 2008 were served by Federal Express upon:

                                   Glenn W. Merrick
                                   Marc L. Schatten
                                   G. W. Merrick & Associates, LLC
                                   Suite 912,
                                   5445 DTC Parkway
                                   Greenwood Village, Colorado  80111

                                   Theodore L. Hecht
                                   Schnader Harrison Segal & Lewis LLP
                                   140 Broadway, Suite 3100
                                   New York, NY  10005-1101

Daniel L. Abrams
Law Office of Daniel L. Abrams, PLLC
2 Penn Plaza, Suite 1910
New York, NY 10121

  2.  This service was made by an assistant managing clerk of this firm under my

general supervision.


Dated: New York, New York
   May 23, 2008

          s/Andrew M. Scott
          Andrew M. Scott