UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MALIK M. HASAN and SEEME G. HASAN,   :      MEMORANDUM DECISION
                                       :         AND ORDER
            Plaintiffs,                :
                                       :      08 CV 03189 (GBD)
    -against-                          :
                                       :
AMERICAN ARBITRATION ASSOCIATION,      :
INC.,                                  :
                                       :
            Defendant.                 :
------------------------------------------------------------x

GEORGE B. DANIELS, District Judge:

    Plaintiffs' motion for preliminary injunctive relief, including the immediate entry of an Order directing the American Arbitration Association ("AAA") to replace two members of the arbitration panel appointed by the AAA in a pending arbitration between plaintiffs and Goldman Sachs, is DENIED.

    Defendant's motion, pursuant to Rule 12(b)(6), Fed. R. Civ. P., to dismiss the Complaint for failure to state a claim, is GRANTED.

    The Goldman Sachs Parties' motion for leave to file a memorandum of law and participate as amicus curiae is denied as moot.

Dated: New York, New York
        June 9, 2008

SO ORDERED:

*George B. Daniels* (signature)
GEORGE B. DANIELS
United States District Judge