UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Malik M. Hasan and Seeme G. Hasan
_____
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

- against -

American Arbitration Association, Inc.
_____
_____
_____
(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

08 Civ. 3189 (GBD) ( )

NOTICE OF APPEAL
IN A CIVIL CASE

FILED U.S. DC
JUN 18 2008
S.D. OF N.Y.

Notice is hereby given that Malik M. Hasan and Seeme G. Hasan
                                         (party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment
Granting Motion To Dismiss and Denying Motion for Preliminary Injunction
                                    (describe the judgment)

entered in this action on the  10th  day of June , 20 08 .
                              (date)       (month)       (year)

_____
Signature

2 Penn Plz. Suite 1910
Address

New York, NY 10121
City, State & Zip Code

DATED: June 18, 2008       (212) 292-5663
                           Telephone Number

NOTE: To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

Rev. 05/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MALIK M. HASAN and SEEME G. HASAN,

                Plaintiffs,

      -against-

AMERICAN ARBITRATION ASSOCIATION, INC.,

                Defendant.
------------------------------------------------------------x

MEMORANDUM DECISION AND ORDER

08 CV 03189 (GBD)

GEORGE B. DANIELS, District Judge:

Plaintiffs' motion for preliminary injunctive relief, including the immediate entry of an Order directing the American Arbitration Association ("AAA") to replace two members of the arbitration panel appointed by the AAA in a pending arbitration between plaintiffs and Goldman Sachs, is DENIED.

Defendant's motion, pursuant to Rule 12(b)(6), Fed. R. Civ. P., to dismiss the Complaint for failure to state a claim, is GRANTED.

The Goldman Sachs Parties' motion for leave to file a memorandum of law and participate as amicus curiae is denied as moot.

Dated: New York, New York
       June 9, 2008

SO ORDERED:

*[signature]*
GEORGE B. DANIELS
United States District Judge

To:

Theodore L. Hecht, Esq.
Schnader Harrison Segal & Lewis LLP
140 Broadway, Suite 3100
New York, NY 10005-1101
Attorney For American Arbitration Association, Inc.